July 24, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

FARABI, INC., Appellant

NO. 14-13-00443-CV                          V.

HARRIS COUNTY, TEXAS, Appellee

_____

This cause, an appeal from the final judgment signed May 8, 2013, incorporating the partial summary judgment granted in favor of appellee Harris County, Texas, signed June 6, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Farabi, Inc. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.